UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| In re: : | |
| : | |
| DORIS CHEATHAM, : | Case No. 15-1-6778-WIL |
| : | Chapter 13 |
| Debtor(s). : | |
| : | |

## NOTICE OF DEPOSIT INTO COURT REGISTRY

Timothy P. Branigan, Chapter 13 trustee in the above-captioned case, pursuant to section 347(a) of the Bankruptcy Code, submits the sum of $1,123.20 to the Court registry representing the following unclaimed funds:

| AMOUNT | PAYEE<br>Account No.<br>Court Claim Number | LAST KNOWN ADDRESS |
|---|---|---|
| $1,123.20 | Doris Cheatham<br>6830<br>N/A | 5280 West Boniwood Turn<br>Clinton, MD  20735 |

Respectfully submitted,

December 19, 2016

/s/ Timothy P. Branigan
Timothy P. Branigan (Fed. Bar No. 06295)
Chapter 13 Trustee
14502 Greenview Drive, #506
Laurel, Maryland  20708